Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBE P. HOFFMAN COMPANY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; *et al.*<br><br>Defendants. | Case No.:  CV12-08648 RGK (RZx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**NOTICE OF DISMISSAL OF ACTION** |

///
///
///

- 1 -
NOTICE OF DISMISSAL OF ACTION

1 TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Rube P. Hoffman Company, Inc. has settled its claims with Defendants AJW, Inc. and Wal-Mart Stores, Inc. Therefore, Plaintiff, through its counsel of record, hereby dismisses with prejudice both Defendants from this action pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i). As there are no unresolved claims remaining in this action, Plaintiff hereby dismisses the entire action with prejudice.

Dated: December 31, 2012   By:   /s/ Annie Aboulian
                                  Stephen Doniger, Esq.
                                  Annie Aboulian, Esq.
                                  Attorneys for Plaintiff